IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

v.

COMPAS, et al.

    Defendants.

ORDER

Case No. 18-cv-555-jdp

On July 31, 2018, I entered an order in this case assessing plaintiff Titus Henderson an initial partial payment of the filing fee in the amount of $1.14 due by August 22, 2018. Now plaintiff has submitted a letter regarding the $1.14 initial partial payment along with documentation that shows plaintiff appears to be requesting to pay the initial partial with a legal loan. Dkt. #7. However, business office staff responded to plaintiff that he is "not permitted to use legal loan for filing fees" as state policy prohibits the use of legal loans to pay filing fees.

Because the trust account statement plaintiff submitted in this case shows that plaintiff is receiving regular deposits, I will give plaintiff an extension of time until September 17, 2018 to submit the $1.14 initial partial payment. Plaintiff is also reminded that if funds do not exist in his regular account to pay the $1.14 initial partial payment, plaintiff is allowed to use funds from his release account to pay the $1.14 initial partial.

ORDER

IT IS ORDERED that,

1. Plaintiff Titus Henderson may have an enlargement of time to September 17, 2018, in which to submit a check or money order made payable to the clerk in the

1

amount of $1.14 as an initial partial payment of the $350 filing fee he owes in this case. If plaintiff does not have enough money to make the initial partial payment from his regular account, plaintiff may pay the initial partial payment from his release account.

2. If, by September 17, 2018, plaintiff fails to make the initial partial payment or show cause for his failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 29th day of August, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge