IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

  v.

Case No.  18-cv-555-jdp

COMPAS, DEAN STENSBERG, JARED
HOY, LENA TAYLOR, FRANK LASEE,
CATHY A. JESS, STEVE LANDREMAN,
DANIEL GABLER, DAVID WELLS,
TIMOTHY BRENNAN, NORTHPOINTE,
INC., and COLLEEN FREY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

3/26/2021  
Date