# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Titus Henderson,
    Appellant-Plaintiff

V.

Dean Stensberg, et al.,
    Appellees-Defendants

W.D.Wis. #18-cv-555-jdp

## NOTICE OF APPEAL

It is hereby given, Plaintiff-Appellant Titus Henderson, that a Notice Of Appeal is being filed in United States District Court, Western District of Wisconsin, Hon. James D. Peterson, entered judgment Dismissing civil action in favor of Defendants granting Summary Judgment on credibility.

Dated: March 30, 2021

By: [signature]

Titus Henderson 299317
GBCI
P.O. Box 19033
Green Bay, WI 54307